**Admin (JS-6)**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES –
GENERAL

| Case No. | EDCV 20-02100-JWH (SPx) | Date | March 8, 2021 |
|---|---|---|---|
| Title | *Ramon Carter v. Town Square M Properties, LLC* | | |

| Present: The Honorable | JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE |
|---|---|

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**   **(IN CHAMBERS) ORDER**

The Court, having considered Plaintiff's Response [ECF No. 20] to the Court's Order to Show Cause [ECF No. 17], hereby **STAYS** this case pending the outcome of *Arroyo v. Carmen Rosas*, No. 19-55794, which is currently awaiting resolution by Ninth Circuit. Plaintiff is **DIRECTED** to inform the Court in writing within 10 days of the release of the Ninth Circuit's opinion in *Arroyo v. Rosas*.

   **IT IS SO ORDERED.**